PEOPLE ex rel. DAVIS, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Proceeding by the People of the State of New York, on the relation of James

Davis against the Board of Education of the City of New York.

PER CURIAM. We think the relator's remedy is by writ of certiorari to review the action of the board of education. Therefore the order denying the motion for a peremptory writ of mandamus is affirmed as a matter of law, and the order denying the motion for resettlement is affirmed, with $10 costs and disbursements.